IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2005 JUN 13 A 10: 07

Christopher Damond Braggs
_____
Full name and prison number
of plaintiff(s)

v.

Sheriff Larry Johnson, Hale Co.
_____
Sheriffs Dept, and Hale County
_____
Commission
_____

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:05CV559-T
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court
      dealing with the same or similar facts involved in this
      action?  YES (   )  NO (X)

   B. Have you begun other lawsuits in state or federal court
      relating to your imprisonment?  YES (   )  NO (X)

   C. If your answer to A or B is yes, describe each lawsuit
      in the space below.  (If there is more than one lawsuit,
      describe the additional lawsuits on another piece of
      paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if
         state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed?
   Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Hale County Jail in Greensboro, AL
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Hale County Jail
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
     CONSTITUTIONAL RIGHTS.
     NAME                                ADDRESS

1. Sheriff Larry Johnson            H14 East Greensboro, AL
2. Jail nurse - Ms. Bettis          "    "    "    "
3. _____  _____
4. _____  _____
5. _____  _____
6. _____  _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  April 1, 2005 - I requested to
see doctor for eye problem and was refused. I have made several requests in
the year that I have been in jail too

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
   THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I am entitled to receive adequate medical treatment
while in jail. The failure to give me any treatment or to let me see a doctor
violates my 8TH Amendment protection against cruel and unusual
punishment.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

I HAVE SERIOUS EYE AND VISION PROBLEMS. SOMETIMES I CAN BARELY SEE AT ALL THE AGGRAVATING PAIN I'M HAVING IN MY EYES ARE GETTING WORSER. MY SIGHT IS POOR. I OFTEN HAVE A BURNING, IRRITATING FEELING IN MY EYES. MY EYES SOMETIMES RUN. I'M HAVING HEADACHES OFTEN.

**GROUND TWO:** The failure to provide me with necessary medical treatment violates my 5th Amendment right to do process because I have no way to appeal or do anything about this denial of medical treatment

**SUPPORTING FACTS:**

[redacted] I'VE TURNED TO THE HALE COUNTY JAIL'S [redacted] NURSE FOR HELP AS WELL AS THE SHERIFF. I'VE FILLED OUT SICK CALL SHEETS. I'VE INFORMED MY ATTORNEY MONTHS AGO ABOUT THE PROBLEMS I WAS HAVING WITH MY EYES AND HOW I WASN'T GETTING NO TYPE OF HELP AS FOR AS CHECKING TO SEE WHATS WRONG WITH MY EYES.

**GROUND THREE:** My civil rights under 32 USC §1986 have been violated when the people at the jail failed to treat me as they would someone such as a pregnant woman.

**SUPPORTING FACTS:**

THE SHERIFF TALKS TO ME LIKE HE DOESN'T LIKE ME. HE ONLY SAYS THAT HE WOULD SEE WHAT HE CAN DO ABOUT ME RECEIVING SOME TYPE OF ATTENTION TO MY EYES OR ME GETTING TO A DOCTOR. THE ONLY SAYS THAT THE SHERIFF HASN'T DECIDED ON WHAT HE'S GOING TO DO YET. MATTER OF FACT, THE LAST TIME THAT I TALKED WITH THE NURSE UP UNTIL THIS DAY WAS ON JUNE 8, 2005. WE TALKED ABOUT ME GETTING SOME HELP FOR MY EYES, BUT SHE SAID SHE STILL HAVEN'T HEARD ANYTHING FROM THE SHERIFF. I KNOW OF OTHER INMATES GOING TO THE DOCTOR, BUT I JUST CAN'T SEEM TO SEE A DOCTOR.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Court to order the defendants to provide an acceptable standard of medical care, both for my specific problem and for all inmates. I want to be compensated for my pain & suffering.

_Christopher Bragg_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
                     (Date)

_Christopher Bragg_
Signature of plaintiff(s)

4